# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-2190
Lower Tribunal No. 2024-DP-000131

_____

In the Interest of A.N.B. and A.J.B., children.

E.B.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and GUARDIAN AD LITEM,

Appellees.

_____

Appeal from the Circuit Court for Collier County.
Elizabeth V. Krier, Judge.

January 20, 2026

PER CURIAM.

AFFIRMED.

WOZNIAK, SMITH and KAMOUTSAS, JJ., concur.

Natalie S. Hall Kelley, of Law Office of Natalie S. Hall Kelley, Saint Augustine, for Appellant.

Karla Perkins, Appellate Counsel, of Department of Children and Families, Miami, for Appellee, Department of Children and Families.

Sara E. Goldfarb, Statewide Director of Appeals, Caitlin E. Burke, Senior Attorney, Appellate Division, of Statewide Guardian ad Litem Office, Tallahassee, and Christy Donovan Pemberton, of Statewide Guardian ad Litem Office, Clearwater, for Appellee, Guardian ad Litem.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED